

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00321-CR

Nikolaj **ZBIKOWSKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0416
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: June 14, 2023

DISMISSED FOR LACK OF JURISDICTION

Appellant Nikolaj Zbikowski, proceeding pro se, seeks to appeal an "Agreed Judgment of Incompetency" finding appellant incompetent to stand trial and committing him to a mental health facility for 120 days for examination and treatment toward the objective of attaining competency to stand trial. TEX. CODE CRIM. PROC. ANN. art. 46B.005. The challenged ruling is not appealable. *See* TEX. CODE CRIM. PROC. ANN. art. 46B.011 ("Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005.").

On May 3, 2023, we ordered appellant to show cause in writing by June 2, 2023 why this appeal should not be dismissed for lack of jurisdiction. Appellant timely filed a response, but it is inadequate to show that this court has jurisdiction over his appeal. Because this court lacks jurisdiction to consider an interlocutory appeal of an order finding a defendant incompetent to stand trial on the merits, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH